IN the INTEREST OF: P.L.–W.

No. ED 102634

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: November 3, 2015

Scott J. Schrum, 144 Walker Road, P.O. Box 831, Potosi, MO 63640, for appellant.

John M. Williams (Guardian Ad Litem), 614 Walmart Dr., Box 136, Farmington, MO 63640, Tammy M. Steward, 113 N. Missouri Street, Suite B, Potosi, MO 63640, for respondent.

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM.

Appellant J.L. ("Father") appeals the judgment of the Circuit Court of St. Francois County terminating his parental rights to his daughter P.L.–W. ("Child"). Father claims the trial court erred in terminating his parental rights to Child because: (1) the evidence was insufficient to support a finding that grounds existed for termination; and (2) the trial court failed to make statutorily required findings of fact.

We have reviewed the briefs of the parties and the record on appeal and find the trial court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).